IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------

SUSAN ALT,

: CASE NO. 1:14 CV 00100
:
:
Petitioner : MEMORANDUM AND ORDER
: ADOPTING THE MAGISTRATE
-vs- : JUDGE'S REPORT AND
: RECOMMENDATION AND
: DISMISSING THE PETITIONER'S
LaSHANN EPPINGER, Warden, : PETITION FOR HABEAS RELIEF
:
Respondent.

------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

Pursuant to Local Rule 72.2(b)(2), the instant petition for the Writ of Habeas Corpus was referred to United States Magistrate Judge William H. Baughman, Jr., for preparation of a report and recommendation ("R&R"). On 13 April 2015, the Magistrate Judge issued an R&R recommending that the petition be dismissed, because the petitioner's first claim for relief is non-cognizable on federal habeas review and her remaining claims are procedurally defaulted. The petitioner's timely objections to the magistrate judge's R&R are now before the Court.

This Court, having reviewed de novo those portions of the R&R to which the petitioner specifically objects, pursuant to Local Rule 72.3(b) and 28 U.S.C. § 636(b)(1),

concludes that the petitioner's objections are without merit and that the R&R is without error. The R&R is accordingly adopted in its entirety. Therefore, for the reasons stated in the R&R, Ms. Alt's Petition for the Writ of Habeas Corpus is dismissed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal from this decision could not be taken in good faith, and that no basis exists upon which to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c) and Fed. R. App. P. 22(b).

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Date: 1 June 2015